UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. S-06-046 WBS |
| v. ) | |
| ) | |
| TABITHA RENEE GILBERT ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                    ( ) Ad Testificandum

Name of Detainee:    TABITHA RENEE GILBERT
Detained at (custodian): Wayne Brown Correctional Facility, 925 Maidu Ave, Nevada City, CA, 95959

Detainee is:       a.)    (X) charged in this district by:   (X) Indictment   ( ) Information   ( ) Complaint
                                  charging detainee with: 18 U.S.C. § 1708 - Possession of Stolen Mail
     or     b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
     or     b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary <u>forthwith</u> in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Matthew C. Stegman |
| Printed Name & Phone No: | Matthew C. Stegman (916) 554-2793 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 9/28/06

                                                             /s/ Gregory G. Hollows

gilbert.ord                                                 United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male    Female X |
| Booking or CDC #: | 135683 | DOB: XX-XX-1985 |
| Facility Address: | Wayne Brown Correctional Facility | Race: White |
| | 925 Maidu Avenue | FBI #: 440481EC9 |
| Facility Phone: | (530) 265-1291 | |
| Currently Incarcerated For: | Probation violation, 2800.2 VC Reckless evading a peace officer, US Marshal Hold | |

### RETURN OF SERVICE

Executed on   _____      By: _____
                                                                                (Signature)