| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. S-06-046 WBS |
| v. | ) | |
| | ) | |
| TABITHA RENEE GILBERT | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (X) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee:    TABITHA RENEE GILBERT
Detained at (custodian): Valley State Prison, 21633 Avenue 24, Chowchilla, CA, 93610

Detainee is:     a.)     (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
                          charging detainee with: 18 U.S.C. § 1708 - Possession of Stolen Mail
      or     b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     ( ) return to the custody of detaining facility upon termination of proceedings
           or     b.)     (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary <u>forthwith</u> in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Matthew C. Stegman |
| Printed Name & Phone No: | Matthew C. Stegman (916) 554-2793 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
        (X) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: October 2, 2006

*[Signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Female |
| Booking or CDC #: | X21017 | DOB: XX-XX-1985 |
| Facility Address: | Valley State Prison | Race: White |
| | 21633 Avenue 24 | FBI #: |
| Facility Phone: | (559) 665-6100 | |
| Currently Incarcerated For: | Probation violation, 2800.2 VC Reckless evading a peace officer | |

---

**RETURN OF SERVICE**

Executed on _____      By: _____
                                                                              (Signature)