```
McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. S-06-046 WBS |
| Plaintiff, | ) ORDER |
| v. | ) |
| TABITHA RENEE GILBERT, | ) |
| Defendant. | ) |

On motion of the United States Attorney for the Eastern District of California, by and through Matthew Stegman, Assistant United States Attorney, and it appearing to the satisfaction of the Court for the Eastern District of California:

1. That the United States intends to call Halley Devyn Gilio and Paul Wesley Dempster to testify as a witness in the sentencing proceedings of Tabitha Renee Gilbert in the above entitled case; and

2. That Halley Devyn Gilio and Paul Wesley Dempster are likely to refuse to testify or provide other information on the basis of their privilege against self-incrimination; and

3. That in the judgment of the McGregor W. Scott, United States Attorney, the testimony or other information from Halley

5

Devyn Gilio and Paul Wesley Dempster may be necessary to the public interest; and

4. That the aforesaid motion filed herein has been made with the approval of a Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. § 6003, and 28 C.F.R. § 0.175(a).

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Halley Devyn Gilio and Paul Wesley Dempster give testimony or provide other information which they refuse to give or to provide on the basis of their privilege against self-incrimination as to all matters about which he may be examined in the course of this proceeding.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order shall be used against Halley Devyn Gilio and Paul Wesley Dempster in any criminal case, except that Halley Devyn Gilio and Paul Wesley Dempster shall not be exempted by this order from prosecution for perjury, giving a false statement, or otherwise failing to comply with this order.

DATED: January 11, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE