PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:06CR00046-01** |
| ) | |
| **Tabitha Renee GILBERT** ) | |
| ) | |

On February 26, 2007, the above-named was placed on Supervised Release for a period of 36 months, which commenced on October 9, 2007. Ms. Gilbert has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Michael A. Sipe

**MICHAEL A. SIPE
Senior United States Probation Officer**

Dated:    August 10, 2010
          Roseville, California
          MAS:cd

**REVIEWED BY:**     /s/ Terence E. Sherbondy
                    **TERENCE E. SHERBONDY
                    Supervising United States Probation Officer**

**Re:   Tabitha Renee GILBERT**
**     Docket Number:   2:06CR00046-01**
**     ORDER TERMINATING SUPERVISED RELEASE**
**     PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that Tabitha Renee Gilbert be discharged from Supervised Release, and that the proceedings in the case be terminated.

DATED:  August 26, 2010

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


Attachment:   Recommendation
cc:      United States Attorney's Office

# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number:  2:06CR00046-01 |
| ) | |
| Tabitha Renee GILBERT ) | |
| ) | |

## LEGAL HISTORY:

On February 26, 2007, the above-named was placed on Supervised Release for a period of 36 months, which commenced on October 9, 2007.  Special conditions included a requirement for warrantless search, financial disclosure and restrictions, correctional treatment, testing, and co-payment, and mental health treatment.

## SUMMARY OF COMPLIANCE:

Tabitha Renee Gilbert has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities.  She completed drug counseling and has submitted random urine samples which have all returned negative for controlled substances.  Tabitha has maintained a stable residence and acquired custody of her children.  She has demonstrated positive responsibility and a strong desire to comply with the court-imposed conditions of her supervision.  It is the opinion of the probation officer that Ms. Gilbert has derived maximum benefit from supervision and is not in need of continued supervision.  Supervision in this case is set to expire on October 8, 2010.

**Re:** **Tabitha Renee GILBERT**
**Docket Number:   2:06CR00046-01**
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated two months early.

Respectfully submitted,

/s/ Michael A. Sipe

**MICHAEL A. SIPE**
**Senior United States Probation Officer**

Dated:   August 10, 2010
         Roseville, California
         MAS:cd

**REVIEWED BY:**   /s/ Terence E. Sherbondy
**TERENCE E. SHERBONDY**
**Supervising United States Probation Officer**

cc:   AUSA Matthew C. Stegman (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)